# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 JAN 26

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| vs. | ) | Docket Number: CR 06-00652-1 JL |
| Masayoshi Higuchi | ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___January 29, 2007___ be continued until ___May 7, 2007___ to at ___11:00___ 9:30 a.m.

Date: _1-26-07_

James Larson
Chief United States Magistrate Judge

NDC-PSR-009 12/06/04